United States District Court
Southern District of Texas
**ENTERED**
September 16, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| LUANNA ROXANNE LOZANO TELLO § § § **Plaintiff,** § § v. § § MARTIN O'MALLEY, COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION § § § § § § **Defendant.** § | Civil Action No. 7:23-CV-00399 |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Pending before the Court is the August 29, 2024, Memorandum and Recommendation ("M&R") prepared by Magistrate Judge Juan F. Alanis. (Dkt. No. 11). Judge Alanis made findings and conclusions and recommended that Defendant's Cross-Motion for Summary Judgment, (Dkt. No. 9), be granted and Plaintiff's Motion for Summary Judgment, (Dkt. No. 8), be denied. (Dkt. No. 11).

The Parties were provided proper notice and the opportunity to object to the M&R. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). No party filed an objection. As a result, review is straightforward: plain error. *Guillory v. PPG Indus., Inc.*, 434 F.3d 303, 308 (5th Cir. 2005). No plain error appears.

Accordingly, the Court accepts the M&R and adopts it as the opinion of the Court. It is therefore ordered that:

(1) Judge Alanis's M&R (Dkt. No. 11) is **ACCEPTED** and **ADOPTED** in its entirety as the holding of the Court; and

(2) Defendant's Cross-Motion for Summary Judgment, (Dkt. No. 9), is **GRANTED**; and

(3) Plaintiff's Motion for Summary Judgment, (Dkt. No. 8), is **DENIED**.

It is SO ORDERED.

Signed on September 16, 2024.

*/s/ Drew B. Tipton*
**DREW B. TIPTON**
**UNITED STATES DISTRICT JUDGE**